Suzanne L. Martin
Nevada Bar No. 8833
suzanne.martin@ogletreedeakins.com
Brian L. Bradford
Nevada Bar No. 9518
brian.bradford@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendant*
*CDI Contractors*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD VELA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CDI CONTRACTORS, LIMITED LIABILITY COMPANY; EMPLOYEE(S)/AGENT(S) DOES 1-10; and ROE CORPORATIONS 11-20, inclusive,<br><br>Defendants. | Case No. 2:15-cv-01230-JAD-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO REPLY TO DEFENDANT'S PARTIAL MOTION TO DISMISS**<br><br>(FIRST REQUEST) |

Pursuant to LR 6-1, 6-2, and 7-1, Plaintiff Richard Vela ("Plaintiff") and Defendant CDI Contractors, Limited Liability Company ("Defendant"), by and through their respective counsel, have agreed to an extension of time for Defendant to file a reply to Plaintiff's response to the pending Partial Motion to Dismiss (Doc. 2), which was filed on June 29, 2015. The current deadline for Defendant to file a reply is August 27, 2015. The parties respectfully request that the reply date be extended to up to and including September 9, 2015.

The Early Neutral Evaluation ("ENE") Session in this matter is set for August 27, 2015 and the purpose of this request is to avoid any unnecessary fees and costs in connection with law and

motion if a settlement is reached at the ENE.

This is the parties' first request.

Accordingly, the parties hereby stipulate and agree as follows:

IT IS HEREBY STIPULATED that Defendant will have up to and including September 9, 2015, to file a reply to Plaintiff's response to the Partial Motion to Dismiss (Doc. 2).

This stipulation is made in good faith and is not intended for purposes of delay, but in the interest of judicial economy.

DATED this 25th day of August, 2015.   DATED this 25th day of August, 2015.

JEFFREY GRONICH, ATTORNEY AT LAW, P.C.   OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ Jeffrey Gronich   /s/ Brian L. Bradford
Jeffrey Gronich   Suzanne L. Martin
Nevada Bar No. 13136   Nevada Bar No. 8833
1810 E. Sahara Avenue, Ste. 109   Brian Bradford
Las Vegas, NV 89104   Nevada Bar No. 9518
*Attorney for Plaintiff*   Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
*Attorneys for Defendants*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

August 25, 2015
_____
DATED

2