Suzanne L. Martin
Nevada Bar No. 8833
suzanne.martin@ogletreedeakins.com
Brian L. Bradford
Nevada Bar No. 9518
brian.bradford@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendant CDI Contractors*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD VELA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CDI CONTRACTORS, LIMITED LIABILITY COMPANY; EMPLOYEE(S)/AGENT(S) DOES 1-10; and ROE CORPORATIONS 11-20, inclusive,<br><br>Defendants. | Case No. 2:15-cv-01230-JAD-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff Richard Vela, and Defendant CDI Contractors, Limited Liability Company, by and through their respective counsel, that, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the above-entitled action shall be and hereby is dismissed with prejudice in its entirety.

//

//

//

//

Each party shall bear its own fees and costs.

Dated this 24th day of September, 2015.

JEFFREY GRONICH, ATTORNEY AT LAW, P.C.

/s/ Jeffrey S. Gronich
Jeffrey S. Gronich
Nevada Bar No. 13136
1810 E. Sahara Avenue, Ste. 109
Las Vegas, NV 89104
*Attorney for Plaintiff*

Dated this 24th day of September, 2015.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ Suzanne L. Martin
Suzanne L. Martin
Nevada Bar No. 8833
Brian Bradford
Nevada Bar No. 9518
Wells Fargo Tower, Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
*Attorneys for Defendants*

**ORDER**

Based on the parties' stipulation, IT IS HEREBY ORDERED this action is DISMISSED with prejudice, each side to bear its own fees and costs. All pending Motions are DENIED as moot. The Clerk of Court is instructed to close this case.

Dated: September 24, 2015.

_____
UNITED STATES DISTRICT JUDGE